IN THE SUPREME COURT OF TEXAS

 No. 05-0175

 IN RE D. GLEN GEE

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency temporary stay, filed March 8,
2005, is granted. The order dated October 18, 2004, in Cause No. 2002-
61811, styled EOS Energy, L.L.C. v. D. Glenn Gee, in the 113th District
Court of Harris County, Texas, is stayed pending further order of this
Court.

 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before 3:00 p.m., March 25, 2005.

 Done at the City of Austin, this March 10, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk